**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 2742 Disciplinary Docket No. 3 |
| | : |
| DAVID E. PIVER | : No. 116 DB 2020 |
| | : |
| | : Attorney Registration No. 70730 |
| | : |
| | : (Delaware County) |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of January, 2021, on certification by the Disciplinary Board that David E. Piver, who was suspended for a period of 30 days, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, David E. Piver is reinstated to active status.